No. 85–5700. CODY v. DE IORIO ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5703. KEARSON v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5707. GERINGER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–5712. BALTEZORE v. CONCORDIA PARISH SHERIFF'S DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–5715. TINKER-BEY v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 85–5717. WALKER v. PRISONER REVIEW BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5718. ST. AMAND v. JONES ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–5720. WILSON v. MCMACKIN. C. A. 6th Cir. Certiorari denied.

No. 85–5723. FULLER v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–5724. DAY v. AMOCO CHEMICALS CORP. C. A. 5th Cir. Certiorari denied.

No. 85–5725. GENTSCH v. ROBERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–5726. BERNARD v. NICKELS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–5730. SHAFFER-CORONA v. DISTRICT OF COLUMBIA TEACHERS FEDERAL CREDIT UNION. Ct. App. D. C. Certiorari denied.

No. 85–5735. WESTFALL v. SUPREME COURT OF APPEALS OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 85–5738. COSSETT ET AL. v. LEDFORD, TRUSTEE. C. A. 6th Cir. Certiorari before judgment denied.